```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

**MICHAEL LEE JENKINS,**

       Plaintiff,

  vs.                            Civil Action 2:14-cv-2339
                                      Judge Marbley
                                      Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

       Defendant.

<u>ORDER</u>

    This is an action instituted under the provisions of 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying plaintiff's application for a period of disability and disability insurance benefits. On June 19, 2015, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed pursuant to Sentence 4 of 42 U.S.C. § 405(g) and that this action be remanded to the Commissioner of Social Security for further proceedings. *Report and Recommendation*, ECF 15. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

    The *Report and Recommendation*, ECF 15, is **ADOPTED AND AFFIRMED.** The decision of the Commissioner is **REVERSED** and this action is **REMANDED** to the Commissioner of Social Security for further proceedings.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge
